# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

WILMINGTON TRUST, N.A.,
as successor to Wilmington Trust Retirement
and Institutional Services Company,
350 Park Avenue
New York, New York 10022

    Plaintiff,

  -against-

STOUT RISIUS ROSS, INC.,
120 West 45th Street
New York, New York 10036

    Defendant.

Index No.:

**SUMMONS WITH NOTICE**

---

To Defendant:

  YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on Plaintiff's attorney at the address set forth below within twenty (20) days after the service of this summons (not counting the day of service itself), or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York.

  YOU ARE HEREBY NOTIFIED THAT, should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

  Plaintiff designates New York County as the place of trial. Venue is proper in this County because Defendant maintains its principal New York office in New York County, Defendant performed its services in New York County, and Defendant provided its written opinions to Plaintiff's office in New York County.

**Notice**: This action arises from valuation, advisory, and other professional services rendered by Defendant in or about 2013 and thereafter, in connection with an employee stock ownership plan for Constellis Group, Inc. Plaintiff asserts causes of action for negligence, contribution under CPLR Article 14, and breach of the parties' contract signed October 24 and October 25, 2013.

The relief sought is a judgment against Defendant in excess of $25,000,000, plus interest, costs, disbursements, any allowable attorney's fees, and such other relief as the Court deems just and proper. Should Defendant fail to appear in this matter, judgment will be entered by default for the sum of not less than $25,000,000, plus interest, costs, disbursements, any allowable attorney's fees, and such other relief as the Court deems just and proper.

Dated: Buffalo, New York
November 12, 2019

**HODGSON RUSS LLP**
*Attorneys for Wilmington Trust, N.A.*

/s/Daniel C. Oliverio
Daniel C. Oliverio, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.848.1433
*doliverio@hodgsonruss.com*