# MEMO ENDORSED



Daniel C. Oliverio
Direct Dial: 716.848.1433
*Doliverio@hodgsonruss.com*

June 1, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/20
```

**Via CM-ECF**

Honorable Louis L. Stanton
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Wilmington Trust, N.A. v. Stout Risius Ross, Inc.*,
             No. 1:20-cv-02505-LLS-KHP (S.D.N.Y.)

Dear Judge Stanton:

      We represent plaintiff Wilmington Trust, N.A. We write on behalf of both parties to provide the Court with a status report, in accordance with the Court's order dated March 31, 2020 (Dkt. 7).

      As recounted in the parties' prior joint letter (Dkt. 6), Wilmington commenced this action in New York Supreme Court by filing and serving a summons with notice. Before the deadline for appearing or demanding a complaint, *see* N.Y. C.P.L.R. §§ 320, 3012(b), defendant Stout Risius Ross, Inc. removed the matter to this Court. Stout was initially unable to file the notice of removal with the New York County Clerk due to the filing restrictions then in place, but that filing has now occurred.

      The parties respectfully propose that Wilmington file its complaint by June 22, 2020, and that Stout answer or move against the complaint by August 21, 2020.

                                    Respectfully submitted,

                                      s/Daniel C. Oliverio

                                    Daniel C. Oliverio

*[Handwritten: So Ordered, Louis L. Stanton 6/1/20]*

DCO/sld
cc:    All counsel of record (*via CM-ECF*)